IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Carol M. Wright, ) | |
| ) | C/A No.: 1:10-1019-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Michael J. Astrue, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon consideration of Defendant's Motion for Entry of Judgment with Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (2009), the court hereby REVERSES the Commissioner's decision in this matter and REMANDS the cause to the Defendant for further administrative proceedings as set forth below. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).[1]

Upon remand, the Appeals Council will vacate the May 6, 2009 administrative decision and remand the case to an Administrative Law Judge to hold a de novo hearing, evaluate the treating source opinions, in particular those of Dr. Amory, Dr. Lundvall, and Dr. Black, and explain the weight given to such opinion evidence, obtain additional evidence concerning the claimant's right hand impairment, if warranted, obtain additional evidence from a vocational expert to clarify the effect of the claimant's assessed limitations on her

---

[1] The Clerk of the Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

occupational base, and issue a new decision regarding claimant's eligibility for disability

insurance benefits.

    IT IS SO ORDERED.

November 15, 2010                                      Shiva V. Hodges
Florence, South Carolina                    United States Magistrate Judge