IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Carol Wright, ) | C/A No. 1:10-1019-SVH | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | |
| ) | ORDER | |
| Michael J. Astrue, Commissioner of ) | | |
| Social Security, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

This matter is before the court on Plaintiff's motion for attorney's fees [Entry #17]. On November 15, 2010, the court reversed the Commissioner's decision denying Plaintiff's claim for social security disability benefits and remanded the case to the Commissioner for further proceedings. Plaintiff then properly filed and documented a request for fees, costs, and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("the EAJA"), totaling $4,125.00. The Commissioner filed a response indicating his consent to pay the total amount claimed. [Entry #18]. Accordingly, the court the motion and directs the Commissioner to pay Plaintiff $4,125.00 by March 28, 2011. Such payment shall constitute a complete release from and bar to any and all further claims that Plaintiff may have under the EAJA to fees, costs, and expenses incurred in connection with disputing the Commissioner's decision. This award is without prejudice to the rights of Plaintiff's counsel to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

IT IS SO ORDERED.

February 25, 2010
Florence, South Carolina

Shiva V. Hodges
United States Magistrate Judge